No. 76–1531.  Lex Tex Ltd., Inc. v. Universal Textured Yarns, Inc., et al.  C. A. 5th Cir.  Certiorari denied.

No. 76–1538.  Grayco Land Escrow, Ltd., et al. v. Wong et al.  Sup. Ct. Hawaii.  Certiorari denied.

No. 76–1541.  Darvin v. County of Orange et al.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 76–1544.  Knutson et al. v. Daily Review, Inc., et al.; and

No. 76–1545.  Daily Review, Inc., et al. v. Knutson et al.  C. A. 9th Cir.  Certiorari denied.  Reported below: 548 F. 2d 795.

No. 76–1549.  New York v. Yarter.  Ct. App. N. Y.  Certiorari denied.

No. 76–1551.  Moody et ux. v. Willie et ux.  C. A. 5th Cir.

No. 76–1562.  Pierpont v. Allen et al.  C. A. 4th Cir.  Certiorari denied.

No. 76–1574.  Central Bank of Clayton v. Clayton Bank et al.  C. A. 8th Cir.  Certiorari denied.

No. 76–1589.  Dawkins v. Nabisco, Inc., Bakery & Confectionery Union Local No. 42.  C. A. 5th Cir.  Certiorari denied.

No. 76–1619.  Crutcher-Rolfs-Cummings, Inc. v. Ballard.  Ct. Civ. App. Tex., 13th Sup. Jud. Dist.  Certiorari denied.

No. 76–1666.  Quinn v. United States.  C. A. 2d Cir.  Certiorari denied.